## IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF GEORGIA
Savannah

IN RE: )  Chapter 13
    JANICE C. MEACHUM )  Number 12-41657-LWD
        Debtor(s) )

## REPORT OF NEW DEBTOR ADDRESS

**Debtor Name:** MEACHUM (Last)  JANICE (First)  C. (MI)

**Joint Debtor Name:** ___ (Last)  ___ (First)  ___ (MI)

**Previous Address:** 39 BRANDLE WAY
SAVANNAH (City)  GA (State)  31405 (Zip Code)

**New Address:** 2091 BOONE PLACE
SNELLVILLE (City)  GA (State)  30078 (Zip Code)

This 6TH day of October, 2015.

By: /S/ BARBARA B. BRAZIEL

Barbara B. Braziel (Name)  ___ (Title)
6555 Abercorn Street, Suite 105 (Address)
Savannah (City)  GA (State)  31405 (Zip Code)
912-351-9000 (Telephone)  078775 (Bar ID)